STEPHEN H. DYE (SBN 104385)
  e-mail: sdye@schnader.com
RICHARD J. MAY (SBN 234684)
  e-mail: rmay@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California  94108-2736
Telephone:  (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Defendants
FORD MOTOR COMPANY and
TOM HILLER FORD INC. dba
TOM HILLER FORD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDILEE FRYMIRE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FORD MOTOR COMPANY; TOM HILLER FORD; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:18-cv-00738-JAM-AC<br><br>**[PROPOSED] ORDER GRANTING STAY PENDING DETERMINATION OF TRANSFER FOR COORDINATION WITH MULTIDISTRICT LITIGATION**<br><br>Complaint Filed:    March 1, 2018<br>Trial Date:    None Set |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA  94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

[PROPOSED] ORDER GRANTING STAY, et al.

Before the Court is ex parte motion of defendant Ford Motor Company to stay proceedings until the Judicial Panel on Multidistrict Litigation (JPML) decides whether to transfer this action to the Central District of California for inclusion in *In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation*, MDL No. 2814 (the MDL).

Good cause appearing, the Court GRANTS defendant's ex parte motion. This case is STAYED pending a final decision by the JPML whether to transfer this case for inclusion in the MDL. All filing deadlines and hearing dates are VACATED.

IT IS SO ORDERED.

Dated:_____ 4-18-18 _____

_____

THE HONORABLE _____
United States District Judge

1

[PROPOSED] ORDER GRANTING STAY, et al.